IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-120-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARRAQIB HARDY, | ) | |
| | ) | |
| Defendant. | ) | |

On October 28, 2024, the court held a hearing on defendant's motion to suppress. As explained in open court, the court DENIES defendant's motion to suppress [D.E. 49].

The court finds that the ends of justice served by holding a hearing to resolve defendant's motion outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by reviewing the motion and holding the hearing is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This 28 day of October, 2023.

JAMES C. DEVER III
United States District Judge